**Gary C. TANNER, Plaintiff—Appellant,**

v.

**Dr. KENNEY; et al., Defendants— Appellees.**

No. 08–35510.

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2009.*

Filed July 28, 2009.

Gary C. Tanner, Monroe, WA, pro se.

Daniel John Judge, Senior Counsel, AGWA—Office of the Washington Attorney General, Olympia, WA, for Defendants–Appellees.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Gary C. Tanner, a Washington state prisoner, appeals pro se from the district court's summary judgment for defendants in his 42 U.S.C. § 1983 action alleging that prison officials acted with deliberate indifference to his serious medical needs in violation of the Eighth Amendment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004). We affirm.

The district court properly dismissed Tanner's claims against defendants Quinn and Kollasch because "[t]here is no respondeat superior liability under section 1983." *Taylor v. List*, 880 F.2d 1040, 1045 (9th Cir.1989).

The district court properly granted summary judgment on the remaining claims because Tanner failed to raise a genuine issue of material fact as to whether defendants were deliberately indifferent in treating his lower back and ankle pain. *See Toguchi*, 391 F.3d at 1058 (explaining that a difference in opinion about the preferred course of medical treatment is in-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

sufficient, as a matter of law, to establish deliberate indifference).

Tanner's remaining contentions are unpersuasive.

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.